**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   Nos. 36-39 EM 2023

:

Respondent   :

:

:

v.   :

:

:

DAVID R. RAMOS, JR.,   :

:

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2023, the "Motion for Permission to File Petition for Allowance of Appeal Late," treated as a Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.